IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Videka, Janet M

Printed: 7/15/08

Case Number: 04 B 29660
Judge: Goldgar, A. Benjamin
Filed: 8/11/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 10, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 33,740.69 |  |
| Secured: |  | 14,063.98 |
| Unsecured: |  | 15,732.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,100.00 |
| Trustee Fee: |  | 1,844.47 |
| Other Funds: |  | 0.00 |
| Totals: | 33,740.69 | 33,740.69 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,100.00 | 2,100.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Harris Bank | Secured | 13,587.62 | 13,587.62 |
| 4. | CitiFinancial Mortgage | Secured | 476.36 | 476.36 |
| 5. | Kohl's/Kohl's Dept Stores | Unsecured | 117.19 | 117.19 |
| 6. | National Capital Management | Unsecured | 3,703.09 | 3,703.09 |
| 7. | RoundUp Funding LLC | Unsecured | 6,070.69 | 6,070.68 |
| 8. | Fingerhut Corporation | Unsecured | 297.85 | 297.85 |
| 9. | ECast Settlement Corp | Unsecured | 1,729.62 | 1,729.62 |
| 10. | ECast Settlement Corp | Unsecured | 245.99 | 245.99 |
| 11. | Capital One | Unsecured | 3,567.82 | 3,567.82 |
| 12. | Citibank NA Student Loan | Unsecured |  | No Claim Filed |
| 13. | Best Buy | Unsecured |  | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 15. | Omni Credit Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,896.23 | $ 31,896.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 345.80 |
| 4% | 60.81 |
| 3% | 68.39 |
| 5.5% | 334.39 |
| 5% | 93.35 |
| 4.8% | 238.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Videka, Janet M | Case Number:  04 B 29660 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  7/15/08 | Filed:  8/11/04 |

```
              5.4%              703.02
                              _____
                              $ 1,844.47
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                Marilyn O. Marshall, Trustee, by:

